IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| V.  ) | CASE NO. |
| ) | |
| OSCAR MOSES BADGER,  ) | 2:14-CR-147-MHH-SGC |
| ) | |
| Defendant.  ) | |

## DEFENDANT'S SUPPLEMENTAL OBJECTIONS
## TO THE PRE-SENTENCE INVESTIGATION REPORT

Comes Now the Defendant, by and through counsel, and files these supplemental objections to the Pre-Sentence Investigation Report.

**OBJECTION SEVEN (corrected)**

In the original objection seven counsel incorrectly spelled the name that appears in paragraph 74.

The last name for Penny **should be Runyon,** not Runyan as counsel reported.

**OBJECTION EIGHT**

In paragraph 73 et al the Defendant wants to list another sister, Katrina Williams, age 40.

**OBJECTION NINE**

The Defendant objects to the inclusion of the words ""…almost hitting a school bus." As contained in paragraph 28. Defendant disputes this happened.

**OBJECTION TEN**

The Defendant objects to the inclusion of the words ""…they immediately exited the car, and both were apprehended shortly thereafter." as contained in paragraph 28. The defendant did not run.

1

**OBJECTION ELEVEN**

The Defendant objects to paragraph 115 concerning restitution. The PSI states "Restitution shall be joint and several with Oscar Moses Badger, Bobby Hanna, Jr. and Lemoyne R. Ray..." The Defendant states that that this list should include co-defendant Heather Stefanelli.

s/ Jeffrey D. Bramer
**JEFFREY D. BRAMER (BRA-063)**
**Attorney for Defendant**
1 Perimeter Park South, Suite 100N
Birmingham, AL 35243

CERTIFICATE OF SERVICE

    I hereby certify that I have this 17th day of November 2014, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Amy Sokol
    Melissa Kay Atwood

s/ Jeffrey D. Bramer
